UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. 3 19 70 176 LB |
| | ) | |
| Plaintiff, | ) | STIPULATED ORDER EXCLUDING TIME |
| v. | ) | UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| John Fry | ) | FILED |
| Defendant(s). | ) | FEB 21 2019 |
| | | SUSAN Y. SOONG |
| | | CLERK, U.S. DISTRICT COURT |
| | | NORTHERN DISTRICT OF CALIFORNIA |

For the reasons stated by the parties on the record on 2/21/19, the court excludes time under the Speedy Trial Act from 2/21/19 to 3/13/19 ¶2a and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The court makes this finding and bases this continuance on the following factor(s):

X     Failure to grant a continuance would be likely to result in a miscarriage of justice.
*See* 8 U.S.C. § 3161(h)(7)(B)(i).

___     The case is so unusual or so complex, due to [*check applicable reasons*] ___ the number of defendants, ___ the nature of the prosecution, or ___ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

___     Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

X     Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

X     Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

X     With the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the preliminary hearing to the date set forth in the first paragraph and — based on the parties' showing of good cause — finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5-1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

DATED: Feb 21

_____
LAUREL BEELER
United States Magistrate Judge

STIPULATED: _RF_  _SC_
_____     _____
Attorney for Defendant                Assistant United States Attorney

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DECLARATION IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER COURT SERVICES UNDER THE CRIMINAL JUSTICE ACT

**WARNING: A FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.**

IN UNITED STATES: ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT ☐ OTHER (SPECIFY) _____

USA v. __John Charles Fry__ DOCKET NO: __3 19 70176 LB__

NAME OF PERSON REPRESENTED: _____

☑ DEFENDANT ☐ MATERIAL WITNESS ☐ APPELLANT ☐ GRAND JURY WITNESS ☐ HABEAS PETITIONER ☐ OTHER _____

ARE YOU CURRENTLY EMPLOYED?
☐ YES → EMPLOYER NAME/ADDRESS: _____
☑ NO → MONTH/YEAR OF LAST EMPLOYMENT: __2/2019__
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ SEPARATED/DIVORCED ☐ WIDOWED
IF MARRIED, IS SPOUSE EMPLOYED? ☐ NO ☐ YES

## INCOME/ASSETS

### a. MONTHLY INCOME

| SOURCE | YOU | SPOUSE | TOTAL |
|---|---|---|---|
| Salary/wages | 0 | Suspended without pay | |
| Pension(s) | 0 | | |
| Social Security | 0 | | |
| Alimony | 0 | | |
| Other (specify) | 0 | | |

### b. OTHER INCOME - Income Received In The Past 12 Months From Self-Employment, A Business, Commissions, Rentals, Annuities, Or Other Sources

| AMOUNT RECEIVED | SOURCE |
|---|---|
| $ 0 | |
| $ | |
| $ | |

### c. ASSETS: Cash • Real Estate (provide address) • Motor Vehicles • Investment Accounts • Trusts • Any Other Personal Property of Value

| DESCRIPTION | VALUE |
|---|---|
| 2015 Corolla | |
| 1958 Rose Ave., Santa Rosa - Home owner | ~ $100,000 equity |
| TSP Retirement | $44,783 - only liquid resource - living off of this |

## FINANCIAL OBLIGATIONS/LIABILITIES

### a. DEPENDENTS - List Names, Ages, And Relationships Of All Persons You Actually Support:
0

### b. MONTHLY EXPENSES & DEBTS

| Expense | Amount | Credit or Charge Cards (List) | Account Balance | Min. Monthly Payment |
|---|---|---|---|---|
| Rent / Mortgage Payment | 1500 | Chase | 4,000 | 150 |
| Utilities | ~200 | B of A | 4,415 | 150 |
| Insurance incl health | ~1075 | Citicard | 378 | 50 |
| Transportation Costs | 150 | Redwood (car) | 15,153 | 328 |
| Food | 400 | Wells - Rose Avenue | 185,069 | 700 |
| Alimony/Child Support | 0 | | | |
| Other (specify) | | | | |

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS DECLARATION IS TRUE AND CORRECT.

Signature of Defendant or Other Person Represented       Date 2/21/19